# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **ALEJANDRO HERNANDEZ,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:15-CV-00783-P |
| | § | |
| **STATE FARM LLOYDS,** | § | |
| | § | JURY DEMAND |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The Parties wish to announce they reached an agreement of settlement in this matter. The Parties anticipate they will have the settlement finalized within 60 days from today, upon which time Plaintiff will file the appropriate dismissal documents with the Court. Accordingly, the parties ask the action, including any upcoming deadlines, be abated.

    Respectfully submitted,

    */s/ Rhonda J. Thompson*
    Rhonda J. Thompson
    State Bar No.: 24029862
    Adrienne B. Hamil
    State Bar No.: 24069867
    **THOMPSON, COE, COUSINS & IRONS, L.L.P.**
    700 N. Pearl Street, 25th Floor
    Dallas, Texas 75201
    Telephone: (214) 871-8200
    Facsimile: (214) 871-8209
    Email: rthompson@thompsoncoe.com
          ahamil@thompsoncoe.com

    **COUNSEL FOR DEFENDANT**
    **STATE FARM LLOYDS**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 20th day of May 2015, the foregoing pleading was delivered to the following counsel of record for Plaintiff via electronic filing and e-mail in accordance with the Federal Rules of Civil Procedure:

*Via Electronic Filing and E-mail:*
Jessica Taylor
THE LAW OFFICE OF JESSICA TAYLOR
14100 San Pedro, Suite 205
San Antonio, Texas 78232
Telephone: (210) 402-4022
Facsimile: (210) 910-6350
Email: jessica@jtaylorlaw.com
    *Counsel for Plaintiff*

        */s/ Adrienne B. Hamil*
        Adrienne B. Hamil