IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ALEJANDRO HERNANDEZ,** | § § § | |
| Plaintiff, | § § | **CIVIL ACTION NO. 3:15-CV-00783-P** |
| vs. | § § | **JURY DEMAND** |
| **STATE FARM LLOYDS,** | § § § | |
| Defendant. | § § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Alejandro Hernandez and Defendant State Farm Lloyds hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Therefore, Plaintiff's claims against Defendant State Farm Lloyds are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the 17th day of June 2015.

        Respectfully submitted,

        */s/ Jessica Taylor\**
        Jessica Taylor
        State Bar No.:  24013546
        The Law Office of Jessica Taylor
        14100 San Pedro, Suite 205
        San Antonio, Texas 78232
        Telephone: (210) 402-4022
        Facsimile:  (210) 910-6350
        Email: jessica@jtaylorlaw.com

        **COUNSEL FOR PLAINTIFF**

        *signed with permission

        And

/s/ Rhonda J. Thompson
Rhonda J. Thompson
State Bar No.: 24029862
Adrienne B. Hamil
State Bar No.: 24069867
**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
Email: rthompson@thompsoncoe.com
ahamil@thompsoncoe.com

**COUNSEL FOR DEFENDANT STATE FARM LLOYDS**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 17th day of June 2015, the foregoing pleading was delivered to the following counsel of record for Plaintiff via electronic filing and e-mail in accordance with the Federal Rules of Civil Procedure:

*Via Electronic Filing and E-mail:*
Jessica Taylor
The Law Office of Jessica Taylor
14100 San Pedro, Suite 205
San Antonio, Texas 78232
Telephone: (210) 402-4022
Facsimile: (210) 910-6350
Email: jessica@jtaylorlaw.com
*Counsel for Plaintiff*

/s/ Adrienne B. Hamil
Adrienne B. Hamil